```
1  Mark E. Ellis - 127159
   William A. Munoz - 191649
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA  95825
   Telephone:   (916) 565-0300
4  Facsimile:   (916) 565-1636

5  Attorneys for
   LARRY LOCKSHIN, ESQ. A LAW CORPORATION
6
```

FILED

JAN - 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN PACIFIC TRANSPORTATION COMPANY; and UNION PACIFIC RAILROAD COMPANY,<br><br>Defendants. | Case No.: S-01-210 LKK/GGH<br><br>[PROPOSED]<br>ORDER GRANTING DISPOSAL OF FUNDS HELD PURSUANT TO FRCP 67 TO LARRY LOCKSHIN, ESQ., A LAW CORPORATION |

On February 19, 2003, Union Pacific Railroad Company/Southern Pacific Transportation Company filed a motion for leave of court pursuant to FRCP 67 to deposit $118,392.75 with this Court pending resolution of any dispute between Mr. Miller and his former counsel, Larry Lockshin, Esq., a Law Corporation to those funds. The funds were deposited on or about April 10, 2003. To date, no substantive claim has been made to this Court by any party and there has been no determination as to who is entitled to the funds, if any, or in what amount.

In light of the above, this Court per its order dated December 6, 2005, requested Mr. Miller and Mr. Lockshin to file briefs by no later than January 3, 2006, setting forth their respective claims to the $118,392.75 still being held in the Court's account. The Court has been made aware that Mr. Miller and Mr. Lockshin have settled their respective claims to the funds, and this settlement has been

1 | approved by the United States Bankruptcy Court for the District of Oregon in <u>In re Stephen Miller</u>, 04-
2 | 67370-FRA 13 AJL pursuant to the orders dated 12/22/05, as attached to the Declaration of Mark E.
3 | Ellis as Exhibit 3 and 4.

4 | Pursuant to the settlement agreement and those orders, this Court orders that the $118,392.75
5 | be disbursed to Larry Lockshin, Esq., a Law Corporation, upon receipt of the "Confirmation of
6 | Instructions for Disbursement of Monies on Deposit with the District Court" jointly executed by
7 | Miller, Lockshin and their respective attorneys.

8 | IT IS SO ORDERED

10 | Dated: 1/5, 2006

Lawrence K. Karlton
Sr. District Judge
Eastern District of California

14 | MEE.10302366.doc

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 701 University Avenue, Suite 150, Sacramento, CA 95825.

On January 3, 2006, I served the following document(s) on the parties in the within action:

**[PROPOSED] ORDER GRANTING DISPOSAL OF FUNDS HELD PURSUANT TO FRCP 67 TO LARRY LOCKSHIN, ESQ., A LAW CORPORATION**

| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|---|---|

| | |
|---|---|
| Patrick Waltz<br>Waltz Law Firm<br>2022 28th Street<br>Sacramento, CA 95818 | Attorney for Steve Miller |
| Ronald Sargis<br>Hefner, Stark & Marois, LLP<br>2150 River Plaza Drive, Suite 450<br>Sacramento, CA 95833-3883 | Bankruptcy Attorney For Larry Lockshin, Esq. |
| Frank Rote<br>Brown, Hughes, Bird, Rote,<br>  Wetmore & Brouhard, LLP<br>P.O. Box 10<br>Grants Pass, Oregon 97528 | Bankruptcy Attorney for Steve Miller |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on January 3, 2006.

By /s/ Jennifer E. Mueller

- 1 -