Mark E. Ellis - 127159
William A. Muñoz - 191649
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 565-0300
Facsimile: (916) 565-1636

Attorneys for
LARRY LOCKSHIN, ESQ., A LAW CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| STEVE MILLER,<br><br>　　Plaintiff,<br><br>v.<br><br>SOUTHERN PACIFIC TRANSPORTATION COMPANY; and UNION PACIFIC RAILROAD COMPANY,<br><br>　　Defendants. | Case No.: S-01-210 LKK/GGH<br><br>**[PROPOSED] ORDER RELEASING FUNDS TO LARRY LOCKSHIN, A LAW CORPORATION** |

Pursuant to this Court's Order, dated January 6, 2006, attached as **Exhibit A**; and pursuant to the "Confirmation of Instructions for Disbursement of Monies from Funds Held by the Court" (attached as **Exhibit B**) the Court orders that all funds held in the Court shall forthwith be distributed and disbursed immediately to Larry Lockshin, a Law Corporation.

IT IS SO ORDERED.

Dated: 3/27/06

_____
Lawrence K. Karlton
Sr. District Judge
Eastern District of California

MEE.10314089.doc

```
 1  Mark E. Ellis - 127159
    William A. Munoz - 191649
 2  MURPHY, PEARSON, BRADLEY & FEENEY
    701 University Avenue, Suite 150
 3  Sacramento, CA 95825
    Telephone:  (916) 565-0300
 4  Facsimile:  (916) 565-1636

 5  Attorneys for
    LARRY LOCKSHIN, ESQ. A LAW CORPORATION
 6
```

FILED
JAN - 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHERN PACIFIC TRANSPORTATION COMPANY; and UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendants. | Case No.: S-01-210 LKK/GGH<br><br>[PROPOSED]<br>ORDER GRANTING DISPOSAL OF FUNDS HELD PURSUANT TO FRCP 67 TO LARRY LOCKSHIN, ESQ., A LAW CORPORATION |

    On February 19, 2003, Union Pacific Railroad Company/Southern Pacific Transportation Company filed a motion for leave of court pursuant to FRCP 67 to deposit $118,392.75 with this Court pending resolution of any dispute between Mr. Miller and his former counsel, Larry Lockshin, Esq., a Law Corporation to those funds. The funds were deposited on or about April 10, 2003. To date, no substantive claim has been made to this Court by any party and there has been no determination as to who is entitled to the funds, if any, or in what amount.

    In light of the above, this Court per its order dated December 6, 2005, requested Mr. Miller and Mr. Lockshin to file briefs by no later than January 3, 2006, setting forth their respective claims to the $118,392.75 still being held in the Court's account. The Court has been made aware that Mr. Miller and Mr. Lockshin have settled their respective claims to the funds, and this settlement has been

- 1 -

Order Granting Disposal Of Funds Held Pursuant To Frcp 67 To Larry Lockshin, Esq., A Law Corporation

EXHIBIT A

1  approved by the United States Bankruptcy Court for the District of Oregon in In re Stephen Miller, 04-
2  67370-FRA 13 AJL pursuant to the orders dated 12/22/05, as attached to the Declaration of Mark E.
3  Ellis as Exhibit 3 and 4.
4  　　　Pursuant to the settlement agreement and those orders, this Court orders that the $118,392.75
5  be disbursed to Larry Lockshin, Esq., a Law Corporation, upon receipt of the "Confirmation of
6  Instructions for Disbursement of Monies on Deposit with the District Court" jointly executed by
7  Miller, Lockshin and their respective attorneys.
8  　　　IT IS SO ORDERED

10  Dated: 1/15      , 2006      　　　　/s/ Lawrence K. Karlton
11  　　　　　　　　　　　　　　　　　　　Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　　Sr. District Judge
12  　　　　　　　　　　　　　　　　　　　Eastern District of California

14  MEE.10302366.doc

-2-

## CONFIRMATION OF INSTRUCTIONS FOR DISBURSEMENT OF MONIES FROM FUNDS HELD BY CLERK OF THE COURT

Stephen M. Miller, the plaintiff in Case No. Civ-S-01-00210, Miller v. Southern Pacific Transportation Company, in the United States District Court for the Eastern District of California, confirms that all monies held by the Clerk of the Court in that case are to be immediately disbursed to Larry Lockshin, Esq., a Law Corporation, pursuant to the instructions of Larry Lockshin. This confirmation is provided pursuant to the terms of the Settlement Agreement approved by the United States Bankruptcy Court for the District of Oregon in case no. 04-67370-fra13, Stephen M. Miller, debtor, which the undersigned confirms is a final order.

Dated: /2·/2, 2005

_____
Stephen M. Miller

Transmitted by the undersigned, Bankruptcy Counsel for Stephen M. Miller, with Certified Copy of Order Approving Settlement Agreement to Hefner, Stark & Marois, LLP, Bankruptcy Counsel for the Larry Lockshin Esq., a Law Corporation.

Brown, Hughes, Bird, Rote, Wetmore & Brouhard, LLP

By: _____
Frank Rote, Esq., Bankruptcy Counsel
For Stephen M. Miller

Received:

Dated: 1/11/06

_____
Ronald H. Sargis
Attorneys for Larry Lockshin, Esq., A Law Corporation

Dated: March 1, 2006

_____
Larry Lockshin
LARRY LOCKSHIN, A LAW CORPORATION

Dated: March 8, 2006

_____
Mark E. Ellis
MURPHY, PEARSON, BRADLEY & FEENEY

EXHIBIT B